FILED

2018 DEC 21  PM 12:07

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America PLAINTIFF(S) v. David Moore DEFENDANT(S). | CASE NUMBER M.I 18-3371 AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
|---|---|

The above-named defendant was charged by: **Indictment**
in the **Southern** District of **West Virginia** on **03-06-2018**
at **800** ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about **10-24-2018**
in violation of Title **21** U.S.C., Section(s) **841**
to wit: **Indictment Possesion w/ Intent to Distribute Controlled Substance**

A warrant for defendant's arrest was issued by: **Duty Magistrate Judge**

Bond of $_____ was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in _____ on **12/21/18**, by
**Kymberli Clark**, Deputy Clerk.

_____
Signature of Agent

**Leonel Luna**
Print Name of Agent

**USMS**
Agency

**Deputy Marshals**
Title

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT